PS 42
(Rev 7/93)

# United States District Court

## Western District of Tennessee

**United States of America**  )
                              )
          vs                  )
                              )
**Mark Brown**                )
                              )    Case No. 2:09CR20365-001

### CONSENT TO MODIFY CONDITIONS OF RELEASE

I,, have discussed with, Pretrial Services/Probation Officer, modification of my release conditions as follows:

Surrender any passport and to refrain from obtaining a passport.

I consent to this modification of my release conditions and agree to abide by this modification.

_____  10/7/09       _____  10/7/2009
Signature of Defendant    Date          Pretrial Services/Probation Officer   Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____  10/7/09
Signature of Defense Counsel   Date

[x] The above modification of conditions of release is ordered, to be effective on _10/7/2009_____.

[ ] The above modification of conditions of release is <u>not</u> ordered.

S/Charmiane G. Claxton    7 October 2009
Signature of Judicial Officer    Date